# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REPUBLIC FRANKLIN INSURANCE COMPANY**, <br><br> Plaintiff, <br><br> v. <br><br> **BRETHREN MUTUAL INSURANCE COMPANY**, <br><br> Defendant. | **CIVIL ACTION NO. 18-5300** |

## ORDER

**AND NOW**, this 29th day of January 2020, upon consideration of Defendant Brethren Mutual Insurance Company's Motion for Summary Judgment [Doc. No. 14], Plaintiff Republic Franklin Insurance Company's Motion for Summary Judgment [Doc. No. 15], and the responses thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1) Defendant Brethren Mutual Insurance Company's Motion for Summary Judgment is **DENIED**.

2) Plaintiff Republic Franklin Insurance Company's Motion for Summary Judgment is **GRANTED**.

3) It is hereby **DECLARED** that, in connection with the Newton settlement, Brethren Mutual Insurance Company was obligated to provide additional insured coverage to Paul Lamb, and that, as a result, Brethren Mutual is obligated to reimburse Republic Franklin for its $175,000 payment on behalf of Lamb.

4) The Clerk of Court is directed to **CLOSE** the case.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

_____

**CYNTHIA M. RUFE, J.**